# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Yvonne Edwards

                    Plaintiff,

v.                                                 Case No.: 1:18–cv–04340
                                                           Honorable Rebecca R. Pallmeyer

University Of Chicago Hospital

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 21, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Stipulation of voluntary dismissal with prejudice by Plaintiff, the above cause is dismissed with prejudice. Status hearing set for 1/9/2019 is stricken. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.